**No. 10-643. International Association of Machinists & Aerospace Workers, AFL-CIO, Local Lodge 1943, Petitioner v. AK Steel Corporation.**

562 U.S. 1139, 131 S. Ct. 945, 178 L. Ed. 2d 756, 2011 U.S. LEXIS 495.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 615 F.3d 706.

**No. 10-645. Maureen K. Raynor, et vir, Petitioners v. Richard D. Myers, Trustee of the John P. Raynor Chapter 7 Bankruptcy.**

562 U.S. 1139, 131 S. Ct. 945, 178 L. Ed. 2d 756, 2011 U.S. LEXIS 117.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-650. Joseph A. Mayercheck, Petitioner v. Judges of the Supreme Court of Pennsylvania, et al.**

562 U.S. 1140, 131 S. Ct. 945, 178 L. Ed. 2d 756, 2011 U.S. LEXIS 167.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 395 Fed. Appx. 839.

**No. 10-654. Angel David Morales-Vallellanes, Petitioner v. John E. Potter, Postmaster General.**

562 U.S. 1140, 131 S. Ct. 978, 178 L. Ed. 2d 756, 2011 U.S. LEXIS 440.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 605 F.3d 27.

**No. 10-663. Aleksandr Malyutin, Petitioner v. Condoleeza Rice, former Secretary of State, et al.**

562 U.S. 1140, 131 S. Ct. 949, 178 L. Ed. 2d 756, 2011 U.S. LEXIS 337.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

**No. 10-673. Curtis A. Dukes, Petitioner v. Lancer Insurance Company, et al.**

562 U.S. 1140, 131 S. Ct. 951, 178 L. Ed. 2d 756, 2011 U.S. LEXIS 565.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 390 Fed. Appx. 159.

**No. 10-675. Miguel Angel Gonzalez Guilbot, et al., Petitioners v. Maria del Carmen Guilbot Serros de Gonzalez, et al.**

562 U.S. 1140, 131 S. Ct. 951, 178 L. Ed. 2d 756, 2011 U.S. LEXIS 449.

January 10, 2011. Petition for writ of certiorari to the Supreme Court of Texas denied.

Same case below, 315 S.W.3d 533.